| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Creditor: | | | | | | | |
| Debtor: | Meldon R. Dobson | | | | | | |
| Case No.: | 19-03328 | | | | | | |
| Loan No.: | xxxxx5449 | | | | | | |
| Our File No.: | 6229-N-1032 | | | | | | |
| Collateral: | 2017 AUDI Q7 WA1LAAF79HD000842 | | | | | | |

Payment History   Loan Status as of November 6, 2019

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Assessed | Paid Over/Short |
|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | |
| 06/05/2017 | 1 | $940.84 | 06/05/2017 | $940.84 | | | $0.00 |
| 07/05/2017 | 1 | $940.84 | 07/05/2017 | $940.84 | | | $0.00 |
| 08/07/2017 | 1 | $940.84 | 08/05/2017 | $940.84 | | | $0.00 |
| 09/05/2017 | 1 | $940.84 | 09/05/2017 | $940.84 | | | $0.00 |
| 10/22/2017 | 1 | $940.84 | 10/05/2017 | $940.84 | | $47.04 | ($47.04) |
| 11/22/2017 | 1 | $940.84 | 11/05/2017 | $940.84 | | $47.04 | ($47.04) |
| 12/31/2017 | 1 | $0.00 | 12/05/2017 | $940.84 | | $47.04 | ($987.88) |
| 01/02/2018 | 1 | $940.84 | 01/05/2018 | $940.84 | | $47.04 | ($47.04) |
| 02/24/2018 | 1 | $940.84 | 02/05/2018 | $940.84 | | $47.04 | ($47.04) |
| 03/16/2018 | 1 | $945.00 | 03/05/2018 | $940.84 | | $47.04 | ($42.88) |
| 04/10/2018 | 1 | $945.00 | 04/05/2018 | $940.84 | | $46.63 | ($42.47) |
| 05/07/2018 | 1 | $945.00 | 05/05/2018 | $940.84 | | $46.42 | ($42.26) |
| 06/04/2018 | 1 | $1,303.65 | 06/05/2018 | $940.84 | | $28.28 | $334.53 |
| 07/31/2018 | 1 | $0.00 | 07/05/2018 | $940.84 | | $47.04 | ($987.88) |
| 08/10/2018 | 1 | $950.00 | 08/05/2018 | $940.84 | | $47.04 | ($37.88) |
| 09/30/2018 | 1 | $0.00 | 09/05/2018 | $940.84 | | | ($940.84) |
| 10/25/2018 | 1 | $2,200.00 | 10/05/2018 | $940.84 | | | $1,259.16 |
| 11/12/2018 | 1 | $960.00 | 11/05/2018 | $940.84 | | | $19.16 |
| 12/12/2018 | 1 | $940.00 | 12/05/2018 | $940.84 | | $47.04 | ($47.88) |
| 01/31/2019 | 1 | $0.00 | 01/05/2019 | $940.84 | | $47.04 | ($987.88) |
| 02/06/2019 | 1 | $1,000.00 | 02/05/2019 | $940.84 | | | $59.16 |
| 03/08/2019 | 1 | $1,000.00 | 03/05/2019 | $940.84 | | | $59.16 |
| 03/22/2019 | 1 | $1,983.11 | | | | | $1,983.11 |
| 04/30/2019 | 1 | $0.00 | 04/05/2019 | $940.84 | | | ($940.84) |
| 05/31/2019 | 1 | $0.00 | 05/05/2019 | $940.84 | | | ($940.84) |
| 06/03/2019 | 1 | $940.00 | 06/05/2019 | $940.84 | | | ($0.84) |
| 06/26/2019 | 1 | $2,921.64 | | | | | $2,921.64 |
| 07/31/2019 | 1 | $0.00 | 07/05/2019 | $940.84 | | | ($940.84) |
| 08/31/2019 | 1 | $0.00 | 08/05/2019 | $940.84 | | | ($940.84) |
| 09/30/2019 | 1 | $0.00 | 09/05/2019 | $940.84 | | | ($940.84) |
| 10/25/2019 | 1 | $940.84 | 10/05/2019 | $940.84 | | | $0.00 |
| 11/06/2019 | 1 | $0.00 | 11/05/2019 | $940.84 | | | ($940.84) |
| **Total:** | | **$25,500.96** | | **$28,225.20** | | **$591.73** | **($3,315.97)** |