**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) Meldon R. Dobson and Natasha A. Dobson  Case No. 19-03328 Chapter 13

All Cases: Name of Moving Creditor VW CREDIT INC. D/B/A AUDI FINANCIAL SERVICES
Date Case Filed 2/8/19

Nature of Relief Sought:  X Lift Stay     Annul Stay     Other (describe)_____

Chapter 13: Date of Confirmation Hearing_____ or Date Plan Confirmed   5/2/19

Chapter 7:   No-Asset Report Filed on _____
             No-Asset Report not Filed, Date of Creditors Meeting_____

1. Collateral
   a.   Home _____
   b.   X Car   Year, Make and Model 2017 Audi Q7
   c.   Other_____

2. Balance Owed as of Petition Date $38,477.74
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral  $37,700.00

5. Default
   a.   Pre-Petition Default
        Number of months _____        Amount $_____
   b.   X Post-Petition Default
        i.   X On direct payments to the moving creditor
             Number of months 3.5 as of 11/6/19   Amount $3,896.97, including attorney fees and court costs.
        ii.  On payments to the Standing Chapter 13 Trustee
             Number of months _____   Amount $_____

6. Other Allegations
   a.   Lack of Adequate Protection § 362 (d)(1)
        i.    No insurance
        ii.   Taxes unpaid     Amount $ _____
        iii.  Rapidly depreciating asset _____
        iv.   Other _____

   b.   No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c.   Other "Cause" § 362 (d)(1)
        i.    Bad Faith (describe) _____
        ii.   Multiple filings _____
        iii.  Other (describe) _____

   d.   Debtor's Statement of Intention regarding the Collateral
        i.   Reaffirm  ii.  Redeem  iii.  Surrender  iv.  No Statement of Intention Filed

Date:   11/11/19                                    /s/ Terri M. Long
                                                    Counsel for Movant